# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
                   cklee@leelitigation.com

June 4, 2021

**Via ECF**
The Honorable Lois Bloom, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Crowell Converse v. Staten Island Aid for Retarded Children, Inc., et al.*
       Case No. 20-cv-00637

Dear Judge Bloom:

  We are counsel to Plaintiff. We respectfully submit this letter, jointly with counsel to Defendants *Staten Island Aid for Retarded Children, Inc., et al.* in accordance with the Court's May 13, 2021 Order.

  At this time, the parties have conferred and agreed to utilize the services of Mr. Raymond Nardo, Esq., through the EDNY Mediation Panel. The parties are currently working together to determine a date for the mediation that is acceptable for all parties.

We thank the Court

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.