# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

December 9, 2021

**Via ECF**
The Honorable Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

        Re: *Cromwell-Converse v. Staten Island Aid for Retarded Children, Inc., et al.*
            Case No.: 20-cv-00637

Dear Judge Vitaliano:

    We are counsel for Plaintiff Magda Crowell-Converse and Opt-in Plaintiffs Quiana Burton and Shawon Tomlinson. We write to respectfully request that the Court deny Defendants Objections to the Report and Recommendation [Dkt. No. 36] as moot and re-open litigation in the above referenced matter.

    Based on Magistrate Judge Bloom's Report and Recommendation [Dkt. No. 35] and Defendants' Objections to the Report and Recommendation [Dkt. No. 36], Plaintiffs have decided to revoke the settlement as filed [Dkt. No. 34] and all settlement agreements and discussions previously agreed to, and intend to return the case to active litigation.

    Therefore, as Plaintiffs no longer intend to pursue the settlement as filed [Dkt. No. 34], Plaintiffs respectfully request that the Court deny Defendants Objections to the Report and Recommendation [Dkt. No. 36] as moot. The parties are scheduling a meet and confer to set new discovery deadlines.

    We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.