# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

May 31, 2022

**Via ECF**
The Honorable Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

      Re: *Cromwell-Converse v. Staten Island Aid for Retarded Children, Inc., et al*
           Case No.: 20-cv-00637

Dear Judge Vitaliano:

    We are counsel for Plaintiff Magda Crowell-Converse and Opt-in Plaintiffs Quiana Burton and Shawon Tomlinson. We write to respectfully renew Plaintiffs' prior request [Dkt. No. 37] that the Court deny Defendants Objections to the Report and Recommendation [Dkt. No. 36] as moot and re-open litigation in the above referenced matter.

    As referenced in our prior letter-motion, based on Magistrate Judge Bloom's Report and Recommendation [Dkt. No. 35] and Defendants' Objections to the Report and Recommendation, Plaintiffs have decided to revoke the settlement and return the case to active litigation.

    Approximately six (6) months have passed since our prior motion request on December 9, 2021, approximately eight (8) months have passed since Magistrate Judge Bloom's Report and Recommendation on September 30, 2021, and approximately eleven (11) months have passed since the parties agreed to settle the case at mediation in July 2021. Due to the length of time that has elapsed, our clients, who wish to proceed with litigation, have been constantly contacting counsel for status updates as to the case and urging for continued litigation to resolve the matter.

    Therefore, as Plaintiffs no longer intend to pursue the settlement as filed, and based on Plaintiffs' intentions to continue with litigation, Plaintiffs respectfully request that the Court deny Defendants Objections to the Report and Recommendation as moot and re-open the case to active litigation.

    We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: All parties via ECF